```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3021 |
| v. | ) | |
| | ) | |
| STEVEN W. HICKEY, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

Upon consideration of the defendant's motion for detention hearing and indication he has been interviewed by the pretrial services officer,

IT IS ORDERED:

1. The motion, filing 13, is granted, and a detention hearing shall be held on February 20, 2007 at 9:00 a.m. The defendant shall be present.

2. The pretrial services report shall be provided to the court and counsel prior to the hearing.

DATED this 9th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge