```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3021 |
| v. | ) | |
| | ) | |
| STEVEN W. HICKEY, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

At the request of the defendant to enable him to obtain a substance abuse treatment evaluation and the report from such an evaluation,

IT IS ORDERED:

The defendant's motion to continue, filing 17, is granted. The detention hearing will be held following the suppression hearing which is set for March 6, 2007 at 1:30 p.m.

The defendant is required to be present for the hearing.

DATED this 20th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge