```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3021 |
| v. | ) | |
| | ) | |
| STEVEN W. HICKEY, | ) | |
| | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |
| | ) | |

Defendant has filed a supplemental motion to suppress evidence. The defendant's first motion is set for hearing on April 12 before the undersigned. In light of the new motion, which addresses the same subject matter as the first motion, I shall view the supplemental motion as superseding the defendant's first motion.

IT THEREFORE HEREBY IS ORDERED,

The Supplemental Motion to Suppress Evidence, filing 23, is deemed to supersede the former motion to suppress, filing 9. The matters asserted in the Supplemental Motion shall be the subjects of the hearing on April 12, 2007 at 9:00 a.m.

DATED this 30th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge