IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:07CR3021 |
| v. ) | |
| ) | |
| STEVEN W. HICKEY, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

Defendant's motion to continue, filing 36, is granted and the suppression hearing is continued from May 3 to **June 8, 2007 at 9:00 a.m.** in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Defendant shall be present for the hearing.

DATED this 1st day of May, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge