```
                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEBRASKA
```

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )        4:07CR3021
     v.                             )
                                    )
STEVEN W. HICKEY,                   )
                                    )           ORDER
          Defendant.                )
                                    )

     IT IS ORDERED:

     Defendant's motion to continue, filing 38, is granted and the suppression hearing is continued from June 8 to June 26, 2007 at 9:00 a.m. before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

     Defendant shall be present for this hearing.

     DATED this 22nd day of May, 2007.

                                         BY THE COURT:

                                         s/ *David L. Piester*
                                         David L. Piester
                                         United States Magistrate Judge