IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3021 |
| | ) | |
| V. | ) | |
| | ) | |
| STEVEN W. HICKEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has filed a motion to withdraw his pending motion to suppress, (filing 41), and requests a trial setting.

IT THEREFORE HEREBY IS ORDERED:

1.   Defendant's motion to withdraw, filing 41, is granted, and the defendant's supplemental motion to suppress, filing 23, is deemed withdrawn.

2.   The hearing set for June 26, 2007 on defendant's motion to suppress is cancelled.

3.   Trial is set for 9:00 a.m. on July 23, 2007 for a duration of three trial days before the Honorable Richard G. Kopf.  Jury selection will be at the commencement of trial.

DATED this 22nd day of June, 2007.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge