IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3021 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| STEVEN W. HICKEY, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's evidentiary hearing and sentencing are continued to Tuesday, February 12, 2008, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

    November 8, 2007.        BY THE COURT:

                                                        s/ *Richard G. Kopf*
                                                        United States District Judge