IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3021 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| STEVEN W. HICKEY, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that Defendant Hickey's evidentiary hearing and sentencing are rescheduled to Friday, May 30, 2008, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

   April 18, 2008.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge